**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-01998-CMA-CBS

SULLIVAN ONE, LLC,

    Plaintiff,

v.

SILVER CINEMAS ACUISITION CORP.
d/b/a OLD TOWNE THEATER/LANDMARK THEATERS,

    Defendant.

---

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

---

    Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Stipulated Motion for Dismissal Without Prejudice (Doc. # 29), signed by the attorneys for the parties hereto, it is

    ORDERED that this case is DISMISSED WITHOUT PREJUDICE, each party to pay its own attorney fees and costs.

    DATED:  September 30, 2014

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Court Judge